NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AUDREY L. KIMNER, | No. 21-16932 |
| Plaintiff-Appellant, | D.C. No. 5:21-cv-07107-EJD |
| v. | |
| LUCY H. KOH; NATHANAEL M. COUSINS, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Edward J. Davila, District Judge, Presiding

Submitted June 15, 2022**

Before:    SILVERMAN, WATFORD, and FORREST, Circuit Judges.

Audrey L. Kimner appeals pro se from the district court's judgment

dismissing her 42 U.S.C. § 1983 action alleging federal and state law violations

stemming from defendants' dismissal of her lawsuit brought in 2019.  We have

jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal under 28

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1915(e)(2)(B). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). We affirm.

The district court properly dismissed Kimner's action as barred by judicial immunity. *See Duvall v. County of Kitsap*, 260 F.3d 1124, 1133 (9th Cir. 2001) (describing factors relevant to the determination of whether an act is judicial in nature and subject to absolute judicial immunity); *Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996) (judicial immunity extends to declaratory and other equitable relief), *superseded by statute on other grounds*.

We reject as unsupported by the record Kimner's contentions that the district court obstructed justice or otherwise acted unlawfully or unethically.

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Kimner's request for entry of default judgment (Docket Entry No. 5), is denied.

**AFFIRMED.**

21-16932